**Order issued January 12, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-01141-CR

---

### JEREMY JOHN SANDERSFELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **GRANT** the June 4, 2014 motion of Pamela J. Lakatos for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Pamela J. Lakatos as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jeremy John Sandersfeld, TDCJ No. 1875695, Luther Unit, 1800 Luther Drive, Navasota, Texas, 77868.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE